UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :

TING YUN ZHANG,                                                    :

                                                   :

                      Plaintiff,                        :                    23-CV-5393 (JMF)

                                                   :

          -v-                                              :                    <u>ORDER</u>

                                                   :

GIORGIO POMPILIO, et al.,                                 :

                                                   :

                      Defendants.                    :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On September 26, 2023, the parties notified the Court that Plaintiff and the remaining

Defendants in this action have agreed to resolve their claims in arbitration.  *See* ECF No. 21.

There is no reason to keep the case open pending the arbitration.  Accordingly, the Clerk is

directed to administratively close the case without prejudice to any party moving by letter motion

to reopen the case within thirty days of the conclusion of the arbitration proceedings.

        SO ORDERED.

Dated:  September 28, 2023
        New York, New York                        _____
                                        JESSE M. FURMAN
                                    United States District Judge